# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-0262V
Filed: August 29, 2018
UNPUBLISHED

| | |
|---|---|
| SHERRY BRIGGS,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH<br>AND HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Amy A. Senerth*, Muller Brazil, LLP, Dresher, PA, for petitioner.
*Colleen Clemons Hartley*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

　　On February 23, 2017, Sherry Briggs ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a right shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccine she received on October 21, 2015. Amended Petition at Introduction, ¶11. The case was assigned to the Special Processing Unit of the Office of Special Masters.

　　On October 6, 2017, a ruling on entitlement was issued, finding petitioner entitled to compensation. On August 29, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $80,000.00 for pain and suffering damages. Proffer at 1. In the Proffer, respondent represented that

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

petitioner agrees with the proffered award.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $<u>80,000.00</u>, in the form of a check payable to petitioner, <u>Sherry Briggs</u>**.  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| SHERRY BRIGGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 17-262V |
| v. ) | Chief Special Master Dorsey |
| ) | ECF |
| SECRETARY OF HEALTH AND HUMAN ) | |
| SERVICES, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On February 23, 2017, Sherry Briggs ("petitioner") filed a petition for vaccine injury compensation alleging that she suffered a right shoulder injury related to vaccine administration ("SIRVA"). On October 6, 2017, respondent conceded that entitlement to compensation was appropriate under the terms of the Vaccine Act. The same day, Chief Special Master Dorsey issued a Ruling on Entitlement, finding that petitioner was entitled to vaccine compensation for her SIRVA.

**I.    Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $80,000.00 for pain and suffering damages. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1] Petitioner agrees.

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

1

## II.     Form of the Award

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $80,000.00 in the form of a check payable to petitioner.[2] Petitioner agrees.

          Respectfully submitted,

          CHAD A. READLER
          Acting Assistant Attorney General

          C. SALVATORE D'ALESSIO
          Acting Director
          Torts Branch, Civil Division

          CATHARINE E. REEVES
          Deputy Director
          Torts Branch, Civil Division

          GABRIELLE M. FIELDING
          Assistant Director
          Torts Branch, Civil Division

          /s/ Colleen C. Hartley
          COLLEEN C. HARTLEY
          Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 146
          Benjamin Franklin Station
          Washington, D.C. 20044-0146
          Phone: (202) 616-3644
          Fax:    (202) 353-2988

DATED: August 29, 2018

---

[2] Petitioner is a competent adult. Proof of guardianship is not required in this case.